# EXHIBIT A

STATE OF MAINE

SUPERIOR COURT                                            DISTRICT COURT
_____, ss.                                  Location __Lewiston__
Docket No._____                                        Docket No._____

Applied Underwriters, Inc., et Plaintiff

v.                                              **SUMMONS**

Combined Management Inc.     Defendant

520 Main Street              Address
Lewiston, ME 04240

The Plaintiff has begun a lawsuit against you in the (District) (~~Superior~~) Court, which holds sessions at (street address) __71 Lisbon Street__, in the Town/City of __Lewiston__, County of __Androscoggin__, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (~~Superior~~) Court, _____
__P.O. Box 1345__, __Lewiston__, Maine __04240__
  (Mailing Address)              (Town, City)            (Zip)
before, or within a reasonable time after, it is served.

## IMPORTANT WARNING

IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: __08/19/10__

_____
Clerk

Robert A. Laskoff, Esq., Bar No. 319
(Attorney for) Plaintiff
__Laskoff & Associates__         Address
__P.O. Box 7206, Lewiston, ME  04243-7206__
__207-786-3173__
                                 Telephone

CV-030 Rev. 09/97

**COPY**

STATE OF MAINE

County of Androscoggin.

On 8/19/10 (date), I served the Complaint (and Summons) upon Defendant Martin Eisenstein Esq Clerk/Reg. Agt by delivering a copy of same at the following address: 184 Main St Lewiston Maine

☐ to the above-named Defendant in hand.

☑ to Elaine Merrill (name), a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to ______________________ (name), who is authorized to receive service for Defendant.

☐ by (describe other manner of service):

______________________________________________

______________________________________________

**Costs of Service:**

Service: $__________
Travel $__________
Postage $__________
Other $__________

**Total** $__________

Harry Gorman Constable
Signature

Ace
Agency

| | |
|---|---|
| STATE OF MAINE<br>ANDROSCOGGIN, ss. | DISTRICT COURT<br>LOCATION: LEWISTON<br>DOCKET NO. LEW-CV-10- |

APPLIED UNDERWRITERS, INC.   )
                             )
and                          )
                             )
APPLIED RISK SERVICES, INC., )
                             )
    Plaintiffs              )
                             )
v.                           )    VERIFIED COMPLAINT
                             )
COMBINED MANAGEMENT          )
INCORPORATED,                )
                             )
    Defendant               )

NOW COME Plaintiffs, by and through their undersigned attorneys, and complain against Defendant as follows:

1.  Plaintiff Applied Underwriters, Inc. is a California corporation with a principal place of business in Omaha, County of Douglas, State of Nebraska. Applied Underwriters, Inc. is duly licensed to do business in the State of Maine.

2.  Plaintiff Applied Risk Services, Inc. is a Nebraska Corporation with a principal place of business in Omaha, County of Douglas, State of Nebraska. Applied Risk Services, Inc. is duly licensed to do business in the State of Maine. Applied Risk Services, Inc. is a subsidiary of Applied Underwriters, Inc.

3.  Defendant is a domestic private corporation, duly authorized and existing under the laws of the State of Maine, with a principal place of business in Lewiston, County of Androscoggin, and State of Maine.

4.  Plaintiffs and Defendant entered into a contract (the "Contract") for Plaintiffs to provide Defendant with workers' compensation insurance for the period from March 29, 2002 through March 29, 2003 and which was later extended by the parties to May 2, 2003.

1


COPY

5. The was a mutuality of obligations pursuant to the Contract and adequate consideration was exchanged between the parties.

6. The Contract contained a profit sharing component by which Defendant was obligated to participate in profit and losses generated by the workers' compensation policies provided to Defendant by Plaintiffs under the Contract.

7. Said profit sharing component, because of the nature of workers' compensation insurance and the handling of claims, was contemplated and did extend beyond the coverage period of the workers' compensation insurance policy.

8. On or about January 23, 2006, Plaintiffs generated a profit sharing statement showing incurred losses as of December 31, 2005. With all just credits given, Defendants owed, pursuant to the contract terms, the sum of Two Hundred Seventy-Eight Thousand Nine Hundred One Dollars and forty-eight cents ($278,901.48).

9. Plaintiffs have repeatedly demanded same of Defendant; however, Defendant has breached the Contract by refusing to pay.

10. Plaintiffs have suffered damages as a result of Defendant's breach.

WHEREFORE Plaintiff prays that the Court order Defendant to pay to the Plaintiff the amounts due under the Contract, together with contractual and statutory interest and costs.

## COUNT II
(Unjust Enrichment)

11. Plaintiffs repeat and reallege each and every allegation contained in paragraphs one through ten of this Complaint as if fully set forth and contained herein and further complain against Defendant as follows:

12. Plaintiffs conferred a benefit upon Defendant; namely, the aforementioned provision to it of workers' compensation insurance coverage.

13. Defendant, by retention of $278,901.48, has and continues to profit from that benefit.

14. Under the circumstances, it is inequitable and unjust for Defendant to retain said benefit.



2

WHEREFORE Plaintiffs request that this Court Order the return of the benefit to them and compensatory damages, including, but not limited to, monetary damages, court costs, attorney's fees, statutory interest and costs.

## COUNT III

(Quantum Meruit)

15. Plaintiffs repeat and reallege each and every allegation contained in paragraphs one through fourteen of this Complaint as if set forth fully and contained herein and further complain against Defendant as follows:

16. Plaintiffs provided Defendant with workers' compensation insurance coverage through the Contract with the knowledge and consent of Defendant and with the reasonable expectation of being paid in full for value of that coverage.

17. Plaintiffs have not received payment in full for the Contract.

WHEREFORE Plaintiffs request that this Honorable Court find that they provided Defendant with the subject coverage under circumstances that made it reasonable for Plaintiffs to expect payment, award to them the value of the benefit conferred upon Defendant, compensatory damages, court costs, attorney's fees, and statutory interest.

## COUNT IV

(Account Annexed)

18. Plaintiffs repeat and reallege each and every allegation contained in paragraphs one through seventeen of this Complaint as if set forth fully and contained herein and further complain against Defendant as follows:

19. Attached hereto and incorporated by reference is the Profit Sharing Statement dated January 23, 2006, which is the account on which the case at bar is brought; that is, insurance policy number 015-00010554 and extension number 015-00010772 provided by the Contract.

20. Said Profit Sharing Statement is a true statement of the indebtedness existing between the parties with all just credits given.

21. The items charged on said account annexed to this Complaint are just and reasonable.

22. Plaintiffs have complied with all conditions of the Contract.



3

WHEREFORE Plaintiff prays that the Court order Defendant to pay to the Plaintiff the amounts due under the Contract, together with contractual and statutory interest and costs.

Dated at Omaha, Nebraska this 17 day of August, 2010.

                                              Applied Underwriters, Inc.
                                              By: Robert L. Stafford
                                              Its: Vice President

STATE OF NEBRASKA
COUNTY OF DOUGLAS, ss.

Personally appeared the above-named Robert L. Stafford and made oath that the facts and accounting stated by him above are true of his own personal knowledge and that to the extent stated to be upon information and belief he believes them to be true and that said oath is his free act and deed and the duly authorized free act and deed of Applied Underwriters, Inc.

Before me,

Date: August 17, 2010

GENERAL NOTARY - State of Nebraska
LINDA S. DAVIS
My Comm. Exp. Sept. 1, 2011

                                              Notary Public
                                              My Commission Expires: 09/01/11

Laskoff & Associates
Attorneys-at-Law
103 Park Street - Post Office Box 7206, Lewiston, Maine 04243-7206

4

COPY

Dated at Omaha, Nebraska this 17 day of August, 2010.

Applied Risk Services, Inc.
By: Robert L. Stafford
Its: Vice President

STATE OF NEBRASKA
COUNTY OF DOUGLAS, ss.

Personally appeared the above-named Robert L. Stafford and made oath that the facts and accounting stated by him above are true of his own personal knowledge and that to the extent stated to be upon information and belief he believes them to be true and that said oath is his free act and deed and the duly authorized free act and deed of Applied Risk Services, Inc.

Before me,

Date: August 17, 2010

Notary Public
My Commission Expires: 09/01/11

GENERAL NOTARY - State of Nebraska
LINDA S. DAVIS
My Comm. Exp. Sept. 1, 2011

Dated at Lewiston, Maine this 18th day of August, 2010.

Robert A. Laskoff, Maine Bar ID #319

Scott A. Quigley; Maine Bar ID #9175
Attorneys for Plaintiffs
LASKOFF & ASSOCIATES
P. O. Box 7206
Lewiston, Maine 04243-7206
(207) 786-3173

Laskoff & Associates
Attorneys-at-Law
103 Park Street - Post Office Box 7206, Lewiston, Maine 04243-7206



5



**APPLIED UNDERWRITERS**

Page 1 of 1
Customer Account No. 46-734112

Profit Calculation No. 2

Statement Date: 01/23/06
For the Period: 03/29/02 to 05/02/03

Questions? Changes? Comments?

Your account manager is:
Larry Billman

Call:
(866) 234-4414

Fax:
(402) 898-2583

Mail:
P.O. Box 3646
Omaha, NE 68103-0646

Combined Management
67 Minot Ave
Auburn, ME 04210

## Profit Sharing Statement

Coverage Dynamics

**Important Information**

\*\*\*Full Payment is Due Upon Receipt of this Statement\*\*\*

Wire funds to:
Security National Bank, Omaha, NE, FBO Applied Risk Services, Acct # 10001881, ABA Routing # 104000841
This statement is a summary only. This statement reflects the combined activity under the statutory policy(s), and participation agreements in force under this program.

**Premium and Losses**

| | |
|---|---:|
| Total Program Containment Premium - Audited | 914,638.08 |
| Incurred Losses as of: 12/31/05 | 690,540.60 |
| Adjustment for Per Loss Limitation | -87,527.69 |
| Program Losses | 778,068.29 |
| Loss Development Factor | 1.10 |
| Expected Losses | 855,875.12 |

**Program Maximum, Minimum and Expense Calculation**

| | |
|---|---:|
| Maximum Cost Factor | 1.25 |
| Maximum Cost | 1,143,297.60 |
| Minimum Cost Factor | 0.75 |
| Minimum Cost | 685,978.56 |
| Expense Cost Factor | 0.55 |
| Expense Cost | 503,050.94 |
| Expense Cost + Expected Losses | 1,358,926.06 |
| Total Program Base Cost | 1,143,297.60 |

**Summary of Current Balance Due**

| | |
|---|---:|
| Program Base Cost as of Profit Share Calculation | 1,143,297.60 |
| Loss Conversion (Program Losses \* 10.00%) | 89,064.06 |
| Additional Fees | 0.00 |
| Taxes and Assessments | 1,286.80 |
| Total Cost | 1,213,838.46 |
| Cash Paid In as of Profit Sharing Calculation | 934,736.98 |
| LOC on File as of Profit Sharing Calculation | 0.00 |
| Total Paid In | 934,736.98 |
| TOTAL AMOUNT DUE NOW | 279,901.48 |

EXHIBIT 1



COPY